*Samuel E. Cook* for petitioners in No. 754. *Mr. Elmer McClain* for petitioners in No. 798. *Mr. William C. Goodwyn* for respondent in No. 754. Reported below: 138 F. 2d 954, 139 F. 2d 183.

No. 939. COFFMAN *v.* BREEZE CORPORATIONS, INC. ET AL. May 29, 1944. The petition for a temporary injunction, referred to the conference of the Court by MR. JUSTICE ROBERTS, is denied. *Mr. James D. Carpenter, Jr.* for appellant. *Solicitor General Fahy* for appellees.

No. 1018. PYRAMID MOVING Co. *v.* UNITED STATES ET AL. June 5, 1944. *Per Curiam:* The motion to affirm is granted and the judgment is affirmed. (1) *United States* v. *Carolina Freight Carriers Corp.,* 315 U. S. 475, 480–82; *Alton R. Co.* v. *United States,* 315 U. S. 15, 23. (2) *Western Chemical Co.* v. *United States,* 271 U. S. 268, 271; *Virginian Ry. Co.* v. *United States,* 272 U. S. 658, 666. *Mr. H. W. Kiser* for appellant. *Solicitor General Fahy* and *Mr. Daniel W. Knowlton* for appellees.

No. —. LONG *v.* HICKS, PRESIDING JUDGE; and
No. —. LONG *v.* BENSON, WARDEN. June 5, 1944. The motions for leave to file petitions for peremptory writs of mandamus are denied.

No. —. LONG *v.* BENSON, WARDEN. June 5, 1944. The motion for a rule to show cause is denied.